IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV669 |
| | ) | |
| v. | ) | |
| | ) | |
| LYMAN-RICHEY CORPORATION, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the defendant and against the plaintiff.

DATED this 10th day of April, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge